

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Bradley Chance Cadenhead,          * From the 266th District Court
of Erath County,
Trial Court No. 22CRDC-00016.

Vs. No. 11-23-00119-CR          * November 2, 2023

The State of Texas,          * Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Bradley Chance Cadenhead's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.